IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LISA A. SPRAGUE,

    Plaintiff,

vs.                                      CASE NO.: 4:10-CV-416-SPM

FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Mediation Report (doc. 41), which represents that the case has been settled. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby *dismissed*.

2. The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>thirty-first</u> day of May, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge