IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LISA A. SPRAGUE,

    Plaintiff,

v.                                  CASE NO.: 4:10cv416-SPM/WCS

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES, a public
body corporate,

    Defendant.
_____/

## ORDER ENLARGING TIME FOR RETENTION OF JURISDICTION

Upon consideration, Defendant's unopposed Motion for Enlargement of Time for the Court to Retain Jurisdiction (doc. 44) is granted. The Court retains jurisdiction until September 28, 2011.

SO ORDERED this 3rd day of August, 2011.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Senior United States District Judge